UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>VINCE SIMPSON,<br><br>        Defendant. | Case: 4:25-cr-20669<br>Judge: Kumar, Shalina D.<br>MJ: Ivy, Curtis<br>Filed: 09-10-2025<br><br><br>Violation:<br>18 U.S.C. § 922(g)(1) |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT ONE
### FELON IN POSSESSION OF A FIREARM
### 18 U.S.C. § 922(g)(1)

On or about July 17, 2025, in the Eastern District of Michigan, VINCE SIMPSON, knowing he had been previously convicted of an offense punishable by a term of imprisonment exceeding one year, knowingly possessed, in and affecting commerce, a firearm, that is, a Smith and Wesson M&P, .40 caliber, semi-automatic pistol and a Romarm Cugiz WASZ-10, 7.62x39 caliber rifle, in violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATIONS
### 18 U.S.C. § 924(d)(1)

The allegations contained in this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1).

Upon conviction of an offense charged in this Indictment, VINCE SIMPSON shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), any firearm or ammunition involved in said offense including but not limited to one Smith and Wesson M&P, .40 caliber, semi-automatic pistol, serial number HWC7619 and one Romarm Cugiz WASZ-10, 7.62x39 caliber rifle, serial number A149675-16 RO.

**THIS IS A TRUE BILL.**

Dated: September 10, 2025

s/Grand Jury Foreperson
GRAND JURY FOREPERSON

JEROME F. GORGON JR.
United States Attorney

s/Anthony P. Vance
ANTHONY P. VANCE
Assistant United States Attorney
Chief – Branch Offices

s/Katharine Hemann
KATHARINE HEMANN
Assistant United States Attorney
101 First Street, Ste. 200
Bay City, Michigan 48708
Phone: (989)891-0363
katharine.hemann@usdoj.gov

2

Companion Case information MUST be completed by AUSA and initialed.

| United States District Court<br>Eastern District of Michigan | Criminal Case Cover Sheet | Case Number |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

**Companion Case Information**

This may be a companion case based upon LCrR 57.10 (b)(4)[1]:

☐ Yes      X No

Case: 4:25-cr-20669
Judge: Kumar, Shalina D.
MJ: Ivy, Curtis
Filed: 09-10-2025

Case Title: USA v. Vince Simpson

County where offense occurred: Genesee County

Check One:   X Felony      ☐ Misdemeanor      ☐ Petty

  x   Indictment/ ___Information --- no prior complaint.
 ___ Indictment/ ___Information --- based upon prior complaint [Case number:]
 ___ Indictment/ ___Information --- based upon LCrR 57.10 (d) [Complete Superseding section below].

**Superseding Case Information**

Superseding to Case No: _____   Judge: _____

  ☐ Corrects errors; no additional charges or defendants.
  ☐ Involves, for plea purposes, different charges or adds counts.
  ☐ Embraces same subject matter but adds the additional defendants or charges below:

| Defendant name | Charges | Prior Complaint (if applicable) |
|---|---|---|

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.

Date: September 10, 2025

s/Katharine Hemann
Katharine Hemann
Assistant United States Attorney
101 First St. Ste. 200 Bay City, MI 48706
989-895-5712
E-Mail address: Katharine.Hemann@usdoj.gov
Attorney Bar: WSBA #46237

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.